IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| JONATHAN KUBISCHTA, individually and on behalf of others similarly situated, | ) ) ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) | CASE NO. 2:15-cv-01338-NBF |
| v. | ) ) ) | |
| SCHLUMBERGER TECH CORP., | ) ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this 14th day of July, 2016, in accordance with the foregoing Memorandum Opinion,

IT IS HEREBY ORDERED that summary judgment is entered in favor of Defendant Schlumberger Tech Corp. and against Plaintiff Jonathan Kubischta as to any class action claims he has asserted in his First Amended Class Action Complaint.

IT IS FURTHER ORDERED that Plaintiff shall file a Second Amended Complaint asserting any and all claims individually by **July 29, 2016 at 5:00 p.m.** and Defendant shall file its Answer to said Second Amended Complaint by **August 12, 2016 at 5:00 p.m.**

*s/Nora Barry Fischer*
Nora Barry Fischer
United States District Judge

cc/ecf: All counsel of record